Kristen Monsell (CA Bar No. 304793)
Email: kmonsell@biologicaldiversity.org
Emily Jeffers (CA Bar No. 274222)
Email: ejeffers@biologicaldiversity.org
Center for Biological Diversity
2100 Franklin St., Suite 375
Oakland, CA 94612
Phone: (510) 844-7137
Facsimile: (510) 844-7150

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; WISHTOYO FOUNDATION, | Case No. |
| *Plaintiffs*, | **PLAINTIFFS' NOTICE OF RELATED CASE** |
| v. | |
| DOUG BURGUM, Secretary of the U.S. Department of the Interior; BUREAU OF OCEAN ENERGY MANAGEMENT; DOUGLAS BOREN, Pacific Regional Director, Bureau of Ocean Energy Management, | |
| *Defendants.* | |

Pursuant to Local Rule 83-1.3, Plaintiffs Center for Biological Diversity and Wishtoyo Foundation hereby provide notice of a related case currently pending in the Central District of California. This case appears related to *Center for Biological Diversity, et al. v. Burgum, et al.*, No. 2:24-cv-05459-MWC-MAA (C.D. Cal. filed June 27, 2024) ("*CBD v. Burgum*") that is presently before this Court because (1) both cases arise from a closely related transaction, happening, or event; and (2) the cases would entail substantial duplication of labor if heard by different judges.

Specifically, both cases involve oil and gas operations at the Santa Ynez Unit in federal waters off California and the federal government's failure to properly manage those operations. While the cases involve different claims, many of the facts relevant to Plaintiffs' claims in both cases overlap. These facts include the harms from restarting production at the Unit after a nearly 10-year shutdown and prolonging oil and gas drilling off California, such as oil spills from aging infrastructure, increased greenhouse gas emissions and other air pollution, and harms to endangered species.

The cases also involve the same plaintiffs and one of the same defendants: the Secretary of the U.S. Department of the Interior.

The Court in *CBD v. Burgum* has already issued two decisions, one granting Plaintiffs' contested motion to file a supplemented and amended complaint, *id.*; Dkt. No. 46, and one denying Federal Defendants' motion for voluntary remand, *id.*; Dkt. No. 61. The Court also held a hearing on the motion for voluntary remand. *See id.* at 1. The Court is therefore familiar with many of the facts underlying both cases, such that the cases would entail substantial duplication of effort if heard by different judges.

Accordingly, it appears these cases are related for the purposes of Local Rule 83.1.3.

Respectfully submitted this 2nd day of April 2025,

/s/ *Kristen Monsell*
Kristen Monsell (CA Bar No. 304793)
Email: kmonsell@biologicaldiversity.org
Emily Jeffers (CA Bar No. 274222)
Email: ejeffers@biologicaldiversity.org
CENTER FOR BIOLOGICAL DIVERSITY
2100 Franklin St., Suite 375
Oakland, CA 94612
Phone: (510) 844-7100
Fax: (510) 844-7150

*Attorneys for Plaintiffs*