|     |     |     |
| --- | --- | --- |
| 1   |     |     |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; WISHTOYO FOUNDATION<br><br>*Plaintiffs*,<br><br>v.<br><br>DOUG BURGUM, Secretary of the U.S. Department of the Interior; BUREAU OF OCEAN ENERGY MANAGEMENT; DOUGLAS BOREN, Pacific Regional Director, Bureau of Ocean Energy Management,<br><br>*Defendants*. | CASE NO. 2:25-cv-02840-MWC-MAA<br><br>**ORDER GRANTING SABLE OFFSHORE CORP.'S MOTION TO INTERVENE (DKT. 14)** |

1 | Having considered Sable Offshore Corp.'s unopposed Motion to Intervene as a defendant pursuant to Federal Rule of Civil Procedure 24(a)(2), the Motion to Intervene is **GRANTED.**

**IT IS HEREBY ORDERED THAT**:

Sable Offshore Corp. is granted intervention as of right for all purposes in this action. Sable Offshore Corp. shall file its responsive pleading under Rule 24(c) on the same date as Federal Defendants' deadline for responding to Plaintiffs' Complaint or three days after intervention is granted, whichever is later.

**IT IS SO ORDERED.**

Dated: June 10, 2025

_____
Hon. Michelle Williams Court
United States District Judge

1