UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., | Case No. 2:25-cv-02840-MWC-MAA |
| *Plaintiffs*, | |
| v. | |
| DOUG BURGUM, et al., | |
| *Defendants*, | |
| and | |
| SABLE OFFSHORE CORP., | |
| *Intervenor-Defendant*. | |

**[PROPOSED] ORDER DENYING INTERVENOR-DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**

Before the Court is Intervenor-Defendant's Motion to Dismiss Plaintiffs' First Amended Complaint for lack of subject matter jurisdiction under Federal Rule of Civil Procedure Rule 12(b)(1) and/or failure to state a claim under Federal Rule of Civil Procedure 12(b)(6). Good cause appearing, IT IS ORDERED that the Motion is DENIED.

DATED: _____ 2025

_____
HON. MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE