UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>DOUG BURGUM, *et al.*,<br><br>    *Defendants*,<br><br>and<br><br>SABLE OFFSHORE CORP.,<br><br>    *Intervenor-Defendant*. | Case No. 2:25-cv-02840-MWC-MAA<br><br>**ORDER GRANTING PLAINTIFFS' REQUEST TO APPEAR REMOTELY (DKT. 37)** |

Before the Court is Plaintiffs' Request to Appear Remotely at the hearing on Intervenor-Defendant's Motion to Dismiss noticed for September 12, 2025, at 1:30 p.m. Good cause appearing, Plaintiffs' Request is **GRANTED**.

**IT IS SO ORDERED.**

DATED: September 4, 2025

_____
HON. MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE