# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>DOUG BURGUM, et al.,<br><br>*Defendants*,<br><br>and<br><br>SABLE OFFSHORE CORP.,<br><br>*Intervenor-Defendant.* | Case No.<br>2:25-cv-02840-MWC-MAA<br><br>**SCHEDULING ORDER** |

The JOINT RULE 26(f) REPORT is approved as the Case Management Order for this case and all parties shall comply with its provisions. The schedule below shall govern the deadlines in this case.

| Deadline | Action |
|---|---|
| November 7, 2025 | Federal Defendants lodge the administrative record with the Court |
| November 21, 2025 | Motion by Plaintiffs or Intervenor-Defendant to supplement/ complete the administrative record (The filing of such motion shall vacate the summary judgment briefing schedule) |
| December 5, 2025 | Response to any motion to supplement/ complete the administrative record |
| December 12, 2025 | Reply in support of any motion to supplement/ complete the administrative record |
| December 12, 2025 | Plaintiffs' motion for summary judgment[1] |
| January 30, 2026 | Federal Defendants' combined opposition to Plaintiffs' motion for summary judgment and cross-motion for summary judgment |
| February 6, 2026 | Intervenor-Defendant's combined opposition to Plaintiffs' motion for summary judgment and cross-motion for summary judgment |
| February 6, 2026 | Federal Defendants and Intervenor-Defendant may each file a motion to strike extra-record evidence submitted by Plaintiffs |
| February 27, 2026 | Plaintiffs' combined reply in support of their motion for summary judgment and opposition to Defendants' cross-motion for summary judgment |
| February 27, 2026 | Plaintiffs' opposition to any motion to strike extra-record evidence |
| March 6, 2026 | Federal Defendants and Intervenor-Defendant may each file a reply in support of any motion they file to strike extra-record evidence |

---

[1] This schedule for cross-motions for summary judgment only applies if no motion to supplement/complete the administrative record is filed. If such a motion is filed, the deadlines for cross-motions for summary judgment will be reset to begin 14 days after the Court's decision on that motion to supplement/complete the administrative record.

| | |
|---|---|
| March 20, 2026 | Federal Defendant's reply in support of their cross-motion for summary judgment |
| March 20, 2026 | Intervenor-Defendant's reply in support of their cross-motion for summary judgment |
| **May 15, 2026 at 1:30 p.m.** | **Hearing on motions for summary judgment** |

The Parties are excused from the requirements of filing separate statements of uncontroverted or undisputed material facts under L.R. 56-1 through L.R. 56-4.

If any issues remain outstanding following the Court's summary judgment ruling, the Parties will meet and confer within 14 days of that ruling to develop a proposal for resolving any remaining issues.

The scheduling conference set for October 10, 2025, is hereby VACATED.

IT IS SO ORDERED.

DATED: September 29, 2025

_____
Hon. Michelle Williams Court
United States District Judge