# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., | CASE NO. 2:25-cv-02840-MWC-MAA |
| *Plaintiffs*, | **ORDER GRANTING JOINT STIPULATION TO MODIFY CASE SCHEDULE (DKT. 47)** |
| v. | |
| DOUG BURGUM, et al., | |
| *Defendants*, | |
| and | |
| SABLE OFFSHORE CORP., | |
| *Intervenor-Defendant*. | |

| | |
|---|---|
| 1 | **ORDER** |
| 2 | This matter comes before the Court on the Joint Stipulation to Modify Case |
| 3 | Schedule agreed to by Plaintiffs Center for Biological Diversity and Wishtoyo |
| 4 | Foundation, Defendants the Secretary of the U.S. Department of the Interior, |
| 5 | Bureau of Ocean Energy Management, and the Pacific Regional Director of the |
| 6 | Bureau of Ocean Energy Management, and Intervenor-Defendant Sable Offshore |
| 7 | Corp. |
| 8 | Having considered the Stipulation, and finding good cause exists for the |
| 9 | relief requested therein, the Stipulation is hereby **GRANTED** as follows: |
| 10 | Intervenor-Defendant Sable Offshore Corp. shall have until the end of the |
| 11 | day on December 5, 2025, to file any motion to complete the administrative record. |
| 12 | The Court also extends the dates associated with responding to such a motion and |
| 13 | replying in favor of the motion by two weeks. |

**IT IS SO ORDERED.**

Dated: November 13, 2025

Hon. Michelle Williams Court
UNITED STATES DISTRICT JUDGE

1