ADAM R. F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environment & Natural Resources Division

SHANNON BOYLAN, Trial Attorney
Natural Resources Section
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
shannon.boylan@usdoj.gov
(202) 598-9584

THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>DOUG BURGUM, Secretary of the Interior, *et al.*<br><br>Defendants.<br><br>And<br><br>SABLE OFFSHORE CORP.<br><br>Intervenor-Defendant. | Case No. 2:25-cv-02840-MWC-MAA<br><br>Hon. Michelle Williams Court District Court Judge<br><br>**JOINT STIPULATION TO MODIFY CASE SCHEDULE** |

## SCHEDULING STIPULATION

IT IS HEREBY STIPULATED by Plaintiffs Center for Biological Diversity and Wishtoyo Foundation ("Plaintiffs"), Defendants the Secretary of the U.S. Department of the Interior, Bureau of Ocean Energy Management ("BOEM"), and the Pacific Regional Director of the Bureau of Ocean Energy Management ("Federal Defendants"), and Intervenor-Defendant Sable Offshore Corp. ("Intervenor- Defendant") (collectively, the "Parties"), by and through their respective counsel, as follows:

1. WHEREAS, on September 29, 2025, the Court entered a Scheduling Order setting the briefing schedule in this case. Dkt. No. 43. The deadline for Federal Defendants to file their combined opposition to Plaintiffs' motion for summary judgment and cross-motion for summary judgment is January 30, 2026. *Id*. at 2.

2. WHEREAS, on January 20, 2026, undersigned counsel conferred with the other counsel for Plaintiffs and Intervenor-Defendant about extending the deadline for Federal Defendants to file their cross-motion for summary judgment by one week. Federal Defendants require an additional week due to staffing and resource constraints at BOEM and the Department of the Interior. Multiple key personnel have been on leave or have departed, and the remaining personnel are stretched thin.

3. WHEREAS the Parties consented to the extension and agreed to a revised briefing schedule that accommodates the Parties' conflicting commitments through the spring, but does not change the scheduled date of the hearing on the motions for summary judgment.

THEREFORE, the Parties stipulate and collectively request the Court enter an Order adopting the following briefing schedule:

| Deadline | Action |
|---|---|
| February 6, 2026 | Federal Defendants' combined opposition to Plaintiffs' motion for summary judgment and cross-motion for summary judgment |
| February 20, 2026 | Intervenor-Defendant's combined opposition to Plaintiffs' motion for summary judgment and cross-motion for summary judgment |
| February 20, 2026 | Federal Defendants and Intervenor-Defendant may each file a motion to strike extra-record evidence submitted by Plaintiffs |
| March 18, 2026 | Plaintiffs' combined reply in support of their motion for summary judgment and opposition to Defendants' cross-motion for summary judgment |
| March 18, 2026 | Plaintiffs' opposition to any motion to strike extra-record evidence |
| March 25, 2026 | Federal Defendants and Intervenor-Defendant may each file a reply in support of any motion they file to strike extra-record evidence |
| April 10, 2026 | Federal Defendants' reply in support of their cross-motion for summary judgment |
| April 10, 2026 | Intervenor-Defendant's reply in support of their cross-motion for summary judgment |
| May 15, 2026 at 1:30 pm | Hearing on motions for summary judgment |

Dated: January 23, 2026

Respectfully submitted,

ADAM R. F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environment & Natural Resources Division

By: */s/ Shannon Boylan*
SHANNON BOYLAN, Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 7611

2

Washington, D.C. 20044-7611
E-mail: shannon.boylan@usdoj.gov
Tel: (202) 598-9584

*Attorneys for Federal Defendants*

LATHAM & WATKINS LLP
By: */s/ Daniel P. Brunton*
Daniel P. Brunton (Bar No. 218615)
Email: daniel.brunton@lw.com
12670 High Bluff Drive
San Diego, CA 92130
Tel.: (858) 523-5400
Fax: (858) 523-5450
Michael G. Romey (Bar No. 137993)
Email: michael.romey@lw.com
355 South Grand Avenue, Suite 400
Los Angeles, CA 90071-1560
Tel.: (213) 485-1234
Fax: (213) 891-8763

Janice M. Schneider
(*Pro Hac Vice*)
Email: janice.schneider@lw.com
Devin M. O'Connor
(*Pro Hac Vice*)
Email: devin.o'connor@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Tel.: (202) 637-2200
Fax: (202) 637-2201

*Attorneys for Intervenor-Defendant Sable Offshore Corp.*

By: */s/ Emily Jeffers*
Kristen Monsell (CA Bar No. 304793)
Email: kmonsell@biologicaldiversity.org
Emily Jeffers (CA Bar No. 274222)
Email: ejeffers@biologicaldiversity.org
Center for Biological Diversity

|  |  |
|---|---|
| 1 | 2100 Franklin St., Suite 375 |
| 2 | Oakland, CA 94612 |
|  | Tel: (510) 844-7137 |
| 3 | Fax: (510) 844-7150 |
| 4 | *Attorneys for Plaintiffs* |

### **ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i) I, Shannon Boylan, hereby attest that the signatories above whose signatures are indicate with and "/s/" concur in the filing's content and have authorized this filing.

Dated: January 23, 2026

By: */s/ Shannon Boylan*
Shannon Boylan