LATHAM & WATKINS LLP
Janice M. Schneider (*Pro Hac Vice*)
Email: janice.schneider@lw.com
Devin M. O'Connor (*Pro Hac Vice*)
Email: devin.o'connor@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Tel.: (202) 637-2200
Fax: (202) 637-2201

Michael G. Romey (Bar No. 137993)
Email: michael.romey@lw.com
355 South Grand Avenue, Suite 400
Los Angeles, CA 90071-1560
Tel.: (213) 485-1234
Fax: (213) 891-8763

Kevin A. Homrighausen (Bar No. 329034)
Email: kevin.homrighausen@lw.com
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626-1925
Tel.: (714) 540-1235
Fax: (714) 755-8290

*Attorneys for Intervenor-Defendant*
*Sable Offshore Corp.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., | CASE NO. 2:25-cv-02840-MWC-MAA |
| *Plaintiffs*, | **JOINT STIPULATION TO SET MOTION TO DISMISS BRIEFING SCHEDULE** |
| v. | |
| DOUG BURGUM, et al., | Judge: Hon. Michelle Williams Court |
| *Defendants*, | Courtroom: 6A |
| and | |
| SABLE OFFSHORE CORP., | |
| *Intervenor-Defendant*. | |

## <u>SCHEDULING STIPULATION</u>

IT IS HEREBY STIPULATED by Plaintiffs Center for Biological Diversity and Wishtoyo Foundation ("Plaintiffs"), Defendants the Secretary of the U.S. Department of the Interior, Bureau of Ocean Energy Management, and the Pacific Regional Director of the Bureau of Ocean Energy Management ("Federal Defendants"), and Intervenor-Defendant Sable Offshore Corp. ("Intervenor-Defendant") (collectively, the "Parties"), by and through their respective counsel, as follows:

1.     WHEREAS, on May 14, 2026, the Court entered an order *sua sponte* dismissing Plaintiffs' First Amended Complaint for lack of subject-matter jurisdiction and granting Plaintiffs leave to file an amended complaint.  Dkt. 71.

2.     WHEREAS, on June 4, 2026, Plaintiffs filed their Second Amended Complaint. Dkt. 72.  The deadline for Federal Defendants and Intervenor-Defendant to respond to the Second Amended Complaint was June 18, 2026.

3.     WHEREAS, on June 15, 2026, the Court granted a stipulation extending the deadline for Federal Defendants and Intervenor-Defendant to respond to the Second Amended Complaint to July 16, 2026.  Dkt. 74.

4.     WHEREAS, the Parties conferred on June 11, 2026, where Intervenor-Defendant informed Plaintiffs and the Federal Defendants that Intervenor-Defendant intends to file a motion to dismiss the Second Amended Complaint, which is due on or before July 16, 2026 under the existing schedule set by the Court in Dkt. 74.

5.     WHEREAS, the Parties have agreed to the following schedule for the forthcoming motion to dismiss briefing:  (1) Plaintiffs' opposition(s) to any motions to dismiss will be due on Tuesday, August 25, 2026; (2) Intervenor-Defendant's and Federal Defendants' replies in support of their respective motions to dismiss will be due on Friday, September 18, 2026; and (3) a hearing on any motion(s) to dismiss by Intervenor-Defendant and Federal Defendants would be scheduled for Friday,

October 2, 2026.

6.      WHEREAS, this Joint Stipulation to Set Motion to Dismiss Briefing Schedule does not change any existing deadlines in this case.

THEREFORE, the Parties stipulate and collectively request the Court enter the concurrently filed Proposed Order.

**IT IS SO STIPULATED.**

Dated:  July 16, 2026                    Respectfully submitted,

LATHAM & WATKINS LLP

By: /s/ *Janice M. Schneider*
Janice M. Schneider
(*Pro Hac Vice*)
Email: janice.schneider@lw.com
Devin M. O'Connor
(*Pro Hac Vice*)
Email: devin.o'connor@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Tel.: (202) 637-2200
Fax: (202) 637-2201

Michael G. Romey (Bar No. 137993)
Email: michael.romey@lw.com
355 South Grand Avenue, Suite 400
Los Angeles, CA 90071-1560
Tel.: (213) 485-1234
Fax: (213) 891-8763

Kevin A. Homrighausen
(Bar No. 329034)
Email: kevin.homrighausen@lw.com
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626-1925
Tel.: (714) 540-1235
Fax: (714) 755-8290

*Attorneys for Intervenor-Defendant*
*Sable Offshore Corp.*

ADAM R. F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environment & Natural Resources Division

By: */s/ Shannon Boylan*
SHANNON BOYLAN, Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
E-mail: shannon.boylan@usdoj.gov
Tel: (202) 598-9584

*Attorneys for Federal Defendants*


By: */s/ Kristen Monsell*
Kristen Monsell (CA Bar No. 304793)
Email: kmonsell@biologicaldiversity.org
Emily Jeffers (CA Bar No. 274222)
Email: ejeffers@biologicaldiversity.org
Center for Biological Diversity
2100 Franklin St., Suite 375
Oakland, CA 94612
Tel: (510) 844-7137
Fax: (510) 844-7150

*Attorneys for Plaintiffs*

LATHAM&WATKINS LLP
ATTORNEYS AT LAW

3

CASE NO. 2:25-cv-02840-MWC-MAA
JOINT STIPULATION TO SET
MOT. TO DISMISS BRIEFING SCHEDULE

## **ATTESTATION**

I am the ECF user whose identification and password are being used to file the foregoing Stipulation.  Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I, Janice M. Schneider, attest that all other signatories listed, on whose behalf this filing is submitted, concur in the filing's content and have authorized such filing.


Dated: July 16, 2026                    By: /s/ *Janice M. Schneider*
                                        Janice M. Schneider