**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; and WISHTOYO FOUNDATION,<br><br>    Plaintiffs,<br><br>    v.<br><br>DOUG BURGUM, *Secretary of the U.S. Department of the Interior*; BUREAU OF OCEAN ENERGY MANAGEMENT; and DOUGLAS BOREN, *Pacific Regional Director, Bureau of Ocean Energy Management*,<br><br>    Defendants.<br><br>    and<br><br> SABLE OFFSHORE CORP.,<br><br>    Intervenor-Defendant. | Case No. 2:25-cv-02840-MWC-MAA<br><br>**ORDER DENYING JOINT STIPULATION TO SET MOTION TO DISMISS BRIEFING SCHEDULE (DKT. [75])** |

On July 16, 2026, Federal Defendants and Intervenor-Defendant Sable Offshore Corporation filed concurrent Motions to Dismiss Plaintiffs' Second Amended Complaint ("motions"). Dkts. # 76 & 77. On that same date, the parties filed a Joint Stipulation to Set Motion to Dismiss Briefing Schedule ("Joint Stipulation"), whereby the parties stipulated to extend all briefing dates regarding the pending motions. Dkt. # 75. The parties' Joint Stipulation has failed to proffer any reason necessitating an extension to the briefing schedule. Accordingly, the Court **DENIES** the Joint Stipulation (Dkt. # 75) for lack of good cause.

**IT IS SO ORDERED.**

DATED: July 17, 2026

Hon. Michelle Williams Court
United States District Judge