UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:25-cv-02840-MWC-MAA | Date | August 21, 2026 |
| Title | Center For Biological Diversity, et al. v. Doug Burgum, et al. | | |

| | |
|---|---|
| Present: The Honorable | MICHELLE WILLIAMS COURT, U.S. District Judge |

| | |
|---|---|
| Gabriela Garcia | CourtSmart |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Kristen Monsell | Shannon Boylan, Janice Schneider, Kevin Homrighausen |

**Proceedings:** **FEDERAL DEFENDANTS; MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT (DKT. [76]; SABLE OFFSHORE CORP'S MOTION TO DISMISS SECOND AMENDED COMPLAINT (DKT. [77])**

The motion hearing is held. The Court hears oral argument from the parties. The Court takes the Motions **UNDER SUBMISSION** and a ruling will issue.

: 33

**Initials of Preparer** GG